IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cr-66

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BRADY FRICK, JR. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se to rescind the portion of the Judgment (Doc. No. 14) relating to the Inmate Financial Responsibility Program ("IFRP"). (Doc. No. 16).

The defendant claims the Court exceeded its authority by allegedly ordering his participation in the IFRP. The Judgment reflects that the Court ordered that payment of the defendant's criminal monetary penalties was due immediately and only recommended participation in the IFRP. (Doc. No. 14: Judgment at 2, 5). Thus, the Judgment is consistent with the voluntary nature of the program. Additionally, the defendant obligated himself to participate in the program through the Plea Agreement. (Doc. No. 2 at ¶ 11).

**IT IS, THEREFORE, ORDERED**, that the defendant's motion (Doc. No. 16) is **DENIED**.

Signed: March 2, 2012

Robert J. Conrad, Jr.
Chief United States District Judge